# United States Court of Appeals
## For the Eighth Circuit

_____

No. 22-1500
_____

Tamara Jean Henderson-Prouty, also known as Tamara Jean Henderson-Hoving

*Plaintiff - Appellant*

v.

Louis DeJoy, Postmaster General

*Defendant - Appellee*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: October 7, 2022
Filed: November 28, 2022
[Unpublished]
_____

Before COLLOTON, KELLY, and KOBES, Circuit Judges.
_____

PER CURIAM.

Tamara Henderson-Prouty, currently known as Tamara Henderson-Hoving, appeals the district court's[1] adverse grant of summary judgment in her employment

_____

[1]The Honorable Patrick J. Schiltz, now Chief Judge, United States District Court for the District of Minnesota.

discrimination action.  After careful review of the record and the parties' arguments on appeal, we conclude that the grant of summary judgment was proper.  <u>See</u> <u>Banks v. John Deere & Co.</u>, 829 F.3d 661, 665 (8th Cir. 2016) (grant of summary judgment is reviewed de novo).  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____